cc: probation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:00 CR 105 JCH |
| ) | |
| SALVATORE GALIOTO, ) | Judge Jean C. Hamilton |
| Defendant. ) | |

### DEFENDANT SALVATORE GALIOTO'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Now comes the Defendant, Salvatore Galioto, by and through his attorneys, Steven Shobat and Edward M. Shishem, 53 West Jackson, Suite 1603, Chicago, Illinois 60604, and hereby files this motion to terminate early the defendant's period of supervised release. In support of the motion, the defendant states as follows.

1. On September 8, 2000, this Court sentenced the defendant to 10 months in the custody of the Bureau of Prisons following his conviction for illegally receiving a payment of funds for referring a matter to Medicare in violation of the federal Medicare anti-kickback statute. As part of the sentence, the defendant also received three years of supervised release, a fine of $30,000, a restitution obligation of $120,000, and a special assessment of $100. The defendant served his ten months in custody and began his period of supervision in June 2001. His period of supervised release is set to end in June, 2004. Thus, he has completed more than one-half of the required period of supervised release.

2. Since he has been on supervised release, the defendant has fully satisfied the $30,000 fine, the $120,000 restitution obligation, and the special assessment which was imposed by the Court. Likewise he has observed all the conditions of supervised release, including seeking and maintaining employment, and has followed all the requirements set by his probation officer. He has


#179

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 03/13/03 by clippold
              4:00cr105    USA vs Siebzenger


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

```
Thomas Berra   -  27524       Fax: 314-241-6056
James Crowe    -   6674       Fax: 314-539-7695
Ronald Jenkins -   7127       Fax: 314-721-5525
Edward Shishem -              Fax: 312-362-1272
Steven Shobat  -              Fax: 312-263-4670
Barry Short    -   4358       Fax: 314-241-6056
Burton Shostak -   4359       Fax: 314-725-3275
```

cc: probation

SCANNED & FAXED BY
MAR 1 3 2003
SAJ